■ Oswego Hydro Partners L.P., Respondent, v Phoenix Hydro Corporation, Appellant.—Order unanimously affirmed with costs. Memorandum: Petitioner was not required to plead or prove, as a prerequisite to the acquisition of property by eminent domain, that it negotiated in good faith with the owner (see, Matter of Consolidated Edison Co. [Neptune Assocs.], 143 AD2d 1012, 1014). (Appeal from order of Supreme Court, Onondaga County, Reagan, J.—condemnation.) Present —Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.